**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cathleen L. Callender, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUDI OF AMERICA, LLC, a Delaware Corporation, and FLETCHER JONES MOTOR CARS, INC., a California Corporation,<br><br>　　　　　Defendants. | Case No. 8:21-cv-01627-DOC-ADS<br><br>**ORDER ON JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** [17]<br><br>Complaint Filed: October 4, 2021 |

　　The Court has reviewed the Joint Stipulation for Order Dismissing the Action with Prejudice, and hereby orders as follows:

　　The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees. All hearings are hereby vacated and taken off calendar.

　　**IT IS SO ORDERED**.

DATED: June 28, 2022

_David O. Carter_
Honorable David O. Carter
United States District Judge